UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| LILLA UMILA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO.: 4:21-cv-00144-TWP-DML |
| | ) | |
| ROSE ACRE FARMS, INC., | ) | |
| | ) | |
| Defendant | ) | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice [031], and the Court being duly advised, hereby ORDERS that the above-captioned cause of action be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

Date: 3/15/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all IECF-registered counsel
of record via email generated by the Court's IECF system

DMS 22252944.1